No. 11–89.  VIEIRA *v.* HOLDER, ATTORNEY GENERAL.  C. A. 2d Cir.  Certiorari denied.

No. 11–90.  WINTERS *v.* BROWN.  Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 11–91.  NORRIS *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 11–92.  ORIENT MINERAL CO. ET AL. *v.* BANK OF CHINA. C. A. 10th Cir.  Certiorari denied.

No. 11–95.  DOS PICOS, L. L. C., FKA DOS PICOS LAND LIMITED PARTNERSHIP, ET AL. *v.* PIMA COUNTY, ARIZONA.  Ct. App. Ariz. Certiorari denied.

No. 11–96.  RUSSELL *v.* SOUTH DAKOTA STATE BAR DISCIPLINARY BOARD.  Sup. Ct. S. D.  Certiorari denied.

No. 11–97.  CASTLE *v.* THOMPSON ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 11–98.  TOOMER ET AL. *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 11–100.  OSTERBUR *v.* UNITED STATES ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 11–105.  MOATS *v.* REPUBLICAN PARTY OF NEBRASKA, AKA NEBRASKA REPUBLICAN PARTY.  Sup. Ct. Neb.  Certiorari denied.

No. 11–106.  CITY OF SAN LEANDRO, CALIFORNIA *v.* INTERNATIONAL CHURCH OF THE FOURSQUARE GOSPEL.  C. A. 9th Cir. Certiorari denied.

No. 11–108.  KORDA *v.* BOUCHARD, SHERIFF, OAKLAND COUNTY, MICHIGAN, ET AL.  Ct. App. Mich.  Certiorari denied.

No. 11–110.  UDOFOT *v.* SEVEN EIGHTS LIQUOR.  Ct. App. Minn.  Certiorari denied.

No. 11–111.  KOBOBEL ET AL. *v.* COLORADO ET AL.  Sup. Ct. Colo.  Certiorari denied.